

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2020

No. 04-19-00732-CR

Eric Nathaniel **REEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11077
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Appellant's brief was due by February 20, 2020.  Neither the brief nor a motion for extension of time was filed.  On February 26, 2020, this court ordered appellant to file his brief or a motion for extension of time by March 9, 2020.  On February 26, 2020, appellant filed a motion requesting a thirty-two day extension of time.  After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by March 23, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court